**MERCK**

CO. ABD  FILE 013904  DEPT.  CLOCK  VOUCHER 0000340418
Page 1(Con't Next Page)  83195-0003

MERCK SHARP AND DOHME CORP.
126 EAST LINCOLN AVENUE
RY32-521 PAYROLL
RAHWAY, NJ 07065

# Earnings Statement

**ADP**

Period Beginning: 08/06/2018
Period Ending: 08/19/2018
Pay Date: 08/24/2018

Taxable Marital Status:
Federal: Married

Exemptions/Allowances:
Federal: 1

JAMES L EDMONDS
1600 ASHBOURNE RD
ELKINS PARK PA 19027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Shift 1.0 | 0.6200 | 8.00 | 4.96 | 571.46 |
| Shift 70% | 1.2400 | 72.00 | 89.28 | 89.28 |
| Std At 100 | 41.7500 | 8.00 | 334.00 | 334.00 |
| Std At 70 | 29.2250 | 72.00 | 2,104.20 | 2,104.20 |
| Regular | | | | 33,448.12 |
| Ot At 1.5 | | | | 61.86 |
| Brv Funrl | | | | 1,637.36 |
| Holiday | | | | 2,948.88 |
| Personal | | | | 773.87 |
| Reg At 1.50 | | | | 11,894.68 |
| Reg At 2.0 | | | | 709.75 |
| Shift 1.5 | | | | 0.79 |
| Vacation | | | | 4,618.88 |
| **Gross Pay** | | | **$2,532.44** | 59,193.13 |

| Other | this period | year to date |
|---|---|---|
| Usw Dental | -19.00* | 304.00 |
| Usw Medical | -108.00* | 1,680.00 |
| 401K Before Tx | -200.40* | 8,485.08 |
| 401K Loan 01 | -209.73 | 3,598.56 |
| 401K Loan 02 | -35.20 | 596.58 |
| 401K Loan 03 | -86.35 | 1,351.08 |
| Tax Levy | | 65.00 |

| Net Pay | $1,320.66 |
|---|---|
| Checking Dep 1 | -1,135.66 |
| Checking Dep 3 | -165.00 |
| Savings Dep 1 | -20.00 |
| **Net Check** | **$0.00** |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -177.68 | | 4,569.15 |
| Social Security Tax | -149.24 | | 3,548.58 |
| Medicare Tax | -34.90 | | 829.91 |
| PA State Income Tax | -73.85 | | 1,756.32 |
| Upper Gwyned Income Tax | -24.05 | | 572.08 |
| Upper Gwyned Local Svc Tax | -2.00 | | 34.00 |
| PA SUI/SDI Tax | -1.52 | | 35.52 |
| Other | | | |
| Aflac Ins | -29.25 | | 463.50 |
| Supl Life | -10.05 | | 159.34 |
| Union Dues 14 | -50.56 | | 849.47 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,206.71

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.67 | 26.02 |
| 401K Er Mat | 130.26 | 2,185.80 |
| EMPLOYEE ID | | 10191203 |

**Important Notes**
CONTACT MY SUPPORT CENTER AT 1-866-702-9635 NEW SAT HRS. 8AM-5PM EST ETHICS OFFICE: 800-990-1146

© 2000 ADP, LLC

 **MERCK**

MERCK SHARP AND DOHME CORP.
126 EAST LINCOLN AVENUE
RY32-521 PAYROLL
RAHWAY, NJ 07065

**Deposited to the account of**
JAMES L EDMONDS

Advice number: 00000340418
Pay date: 08/24/2018

THIS IS NOT A CHECK

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxx8125 | xxxx | xxxx | $1,135.66 |
| xxxxx6684 | xxxx | xxxx | $165.00 |
| xxxxxx6800 | xxxx | xxxx | $20.00 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ABD | 013904 | | | 000030 | |

**MERCK**  Page 2

MERCK SHARP AND DOHME CORP.
126 EAST LINCOLN AVENUE
RY32-521 PAYROLL
RAHWAY, NJ  07065

83195-0003

# Earnings Statement 

Period Beginning:  08/06/2018
Period Ending:     08/19/2018
Pay Date:          08/24/2018

Taxable Marital Status:
  Federal:         Married

Exemptions/Allowances:
  Federal:         1

JAMES L EDMONDS
1600 ASHBOURNE RD
ELKINS PARK PA 19027

### Additional Tax Withholding Information

Taxable Marital Status:
  PA:              Single
Exemptions/Allowances:
  PA:              N/A

© 2000 ADP, LLC

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**MERCK**

MERCK SHARP AND DOHME CORP.
126 EAST LINCOLN AVENUE
RY32-521 PAYROLL
RAHWAY, NJ 07065

**Earnings Statement** **ADP**

| | |
|---|---|
| Period Beginning: | 08/20/2018 |
| Period Ending: | 09/02/2018 |
| Pay Date: | 09/07/2018 |

Taxable Marital Status:
  Federal:      Married

Exemptions/Allowances:
  Federal:      1

JAMES L EDMONDS
1600 ASHBOURNE RD
ELKINS PARK PA 19027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 41.7500 | 8.00 | 334.00 | 3,282.88 |
| Shift 1.0 | 0.6200 | 8.00 | 4.96 | 576.42 |
| Shift 70% | 1.2400 | 72.00 | 89.28 | 178.56 |
| Std At 70 | 29.2250 | 72.00 | 2,104.20 | 4,208.40 |
| Regular | | | | 33,448.12 |
| Ot At 1.5 | | | | 61.86 |
| Brv Funrl | | | | 1,637.36 |
| Personal | | | | 773.87 |
| Reg At 1.50 | | | | 11,894.68 |
| Reg At 2.0 | | | | 709.75 |
| Shift 1.5 | | | | 0.79 |
| Std At 100 | | | | 334.00 |
| Vacation | | | | 4,618.88 |
| **Gross Pay** | | | **$2,532.44** | 61,725.57 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.08 | 4,746.23 |
| | Social Security Tax | -148.93 | 3,697.51 |
| | Medicare Tax | -34.83 | 864.74 |
| | PA State Income Tax | -73.85 | 1,830.17 |
| | Upper Gwyned Income Tax | -24.05 | 596.13 |
| | Upper Gwyned Local Svc Tax | -2.00 | 36.00 |
| | PA SUI/SDI Tax | -1.52 | 37.04 |
| | **Other** | | |
| | Aflac Ins | -29.25 | 492.75 |
| | Supl Life | -10.05 | 169.39 |
| | Union Dues 14 | -50.56 | 900.03 |

| Other | this period | year to date |
|---|---|---|
| Usw Dental | -19.00* | 323.00 |
| Usw Medical | -108.00* | 1,788.00 |
| 401K Before Tx | -200.40* | 8,685.48 |
| 401K Loan 01 | -209.73 | 3,808.29 |
| 401K Loan 02 | -35.20 | 631.78 |
| 401K Loan 03 | -86.35 | 1,437.43 |
| Tax Levy | | 65.00 |

| | |
|---|---|
| **Net Pay** | **$1,321.64** |
| Checking Dep 1 | -1,136.64 |
| Checking Dep 3 | -165.00 |
| Savings Dep 1 | -20.00 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,201.70

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G T L | -3.34 | 22.68 |
| 401K Er Mat | 130.26 | 2,316.06 |

EMPLOYEE ID    10191203

**Important Notes**
CONTACT MY SUPPORT CENTER AT 1-866-702-9635 NEW SAT HRS. 8AM-5PM EST ETHICS OFFICE: 800-990-1146

©1998, 2006. ADP, LLC All Rights Reserved.

**MERCK**

MERCK SHARP AND DOHME CORP.
126 EAST LINCOLN AVENUE
RY32-521 PAYROLL
RAHWAY, NJ  07065

**Earnings Statement** — ADP

Period Beginning: 09/17/2018
Period Ending: 09/30/2018
Pay Date: 10/05/2018

Taxable Marital Status:
Federal: Married

Exemptions/Allowances:
Federal: 1

JAMES L EDMONDS
1600 ASHBOURNE RD
ELKINS PARK PA  19027

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 41.7500 | 16.00 | 668.00 | 34,116.12 |
| Reg At 1.50 | 62.6250 | 8.00 | 501.00 | 12,395.68 |
| Shift 1.0 | 0.6200 | 16.00 | 9.92 | 589.70 |
| Shift 70% | 1.2400 | 56.00 | 69.44 | 337.28 |
| Std At 70 | 29.2250 | 56.00 | 1,636.60 | 7,949.20 |
| Ot At 1.5 | | | | 61.86 |
| Brv Funrl | | | | 1,637.36 |
| Holiday | | | | 3,616.88 |
| Personal | | | | 773.87 |
| Reg At 2.0 | | | | 709.75 |
| Shift 1.5 | | | | 0.79 |
| Std At 100 | | | | 334.00 |
| Vacation | | | | 4,618.88 |
| **Gross Pay** | | | **$2,884.96** | 67,141.37 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -219.78 | 5,143.30 |
| | Social Security Tax | -170.99 | 4,017.54 |
| | Medicare Tax | -39.99 | 939.59 |
| | PA State Income Tax | -84.67 | 1,988.64 |
| | Upper Gwyned Income Tax | -27.58 | 647.75 |
| | Upper Gwyned Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -1.73 | 40.28 |
| | Other | | |
| | Aflac Ins | -29.25 | 551.25 |
| | Supl Life | -10.05 | 189.49 |
| | Union Dues 14 | -50.56 | 1,001.15 |

| Other | this period | year to date |
|---|---|---|
| Usw Dental | -19.00* | 361.00 |
| Usw Medical | -108.00* | 2,004.00 |
| 401K Before Tx | -200.40* | 9,086.28 |
| 401K Loan 01 | -209.73 | 4,227.75 |
| 401K Loan 02 | -35.20 | 702.18 |
| 401K Loan 03 | -86.35 | 1,610.13 |
| Tax Levy | | 65.00 |

| **Net Pay** | **$1,589.68** |
|---|---|
| Checking Dep 1 | -1,404.68 |
| Checking Dep 3 | -165.00 |
| Savings Dep 1 | -20.00 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,557.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Mat | 130.26 | 2,576.58 |
| G T L | | 22.68 |
| Total Work Hrs | 24.00 | |
| EMPLOYEE ID | | 10191203 |

**Important Notes**
CONTACT MY SUPPORT CENTER AT 1-866-702-9635 NEW

---

**MERCK**

MERCK SHARP AND DOHME CORP.
126 EAST LINCOLN AVENUE
RY32-521 PAYROLL
RAHWAY, NJ  07065

Advice number: 00000400432
Pay date: 10/05/2018

Deposited to the account of
JAMES L EDMONDS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8125 | xxxx xxxx | $1,404.68 |
| xxxxx6684 | xxxx xxxx | $165.00 |
| xxxxxx6800 | xxxx xxxx | $20.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**