# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James L. Edmonds<br>              Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its successors and/or assigns<br>              Movant<br>     vs.<br>James L. Edmonds<br>              Debtor(s)<br><br>William C. Miller Esq.<br>              Trustee | CHAPTER 13<br><br>NO. 18-16795 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about **December 28, 2018; Docket no. 16**.

                              Respectfully submitted,

                         By: **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322
                              Attorney for Movant/Applicant

March 4, 2019