# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James L. Edmonds<br>        Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER SUCCESSOR IN INTEREST TO PACIFIC UNION FINANCIAL, LLC , its successors and/or assigns<br>        Movant<br>vs.<br><br>James L. Edmonds<br>        Debtor(s)<br><br>William C. Miller Esq.<br>        Trustee | CHAPTER 13<br><br>NO. 18-16795 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER SUCCESSOR IN INTEREST TO PACIFIC UNION FINANCIAL, LLC , which was filed with the Court on or about **December 28, 2018; docket number 16**.

                            Respectfully submitted,

                            By: **/s/ Rebecca A. Solarz, Esquire**
                               Rebecca A. Solarz, Esquire
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               215-627-1322
                               Attorney for Movant/Applicant

March 12, 2019