United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16795-elf
James L. Edmonds                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jan 29, 2020
                             Form ID: pdf900          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
```
db             +James L. Edmonds,   1600 Ashbourne Road,   Elkins Park, PA 19027-2546
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,   8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
14212119       +ATI Physical Therapy,   PO Box 371863,   Pittsburgh, PA 15250-7863
14212125       +Delaware Department of Transportation,   P.O Box 697,   Dover, DE 19903-0697
14212126       +Friedman & Associates LLC,   ATTN Jeffrey L. Friedman,   100 Owings Court,   Suite 4,
                Reisterstown, MD 21136-3048
14212127       +Library Of Congress,   8100 Professional Place,   Hyattsville, MD 20785-2229
14214819       +Library of Congress FCU,   c/o Jeffrey L. Friedman, Esq.,   100 Owings Ct., Ste. 4,
                Reisterstown, MD 21136-3048
14212128       +Maryland Transportation Authority,   PO Box 17600,   Baltimore, MD 21297-1600
14275309       +Nationstar Mortgage LLC,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
14301428       +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
14212137       +PSYCare Solutions Inc,   8302 Old York Road,   Suite B-12,   Elkins Park, PA 19027-1573
14212133       +Pacific Union Financial,   Attn: Bankruptcy,   1603 Lbj Freeway, Suite 500,
                Farmers Branch, TX 75234-6071
14229973       +Pacific Union Financial,   c/o Rebecca A Solarz, Esquire,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14237779       +Pacific Union Financial, LLC,   1603 LBJ Freeway Suite 500,   Farmers Brach, TX 75234-6071
14212134       +Professional Account Management LLC,   PO Box 1153,   Milwaukee, WI 53201-1153
14212140       +State of Maryland,   PO Box 17648,   Baltimore, MD 21297-1648
14214942       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:40     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:22
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:30     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14212122       +E-mail/Text: CBCSMail@CBCSNational.com Jan 30 2020 03:27:24     CBCS,   PO Box 163279,
                Columbus, OH 43216-3279
14212120       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:33:30     Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14225389        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:33:53
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14212123       +E-mail/Text: bankruptcy@philapark.org Jan 30 2020 03:27:43     City of Philadelphia,   PO 41818,
                Philadelphia, PA 19101-1818
14212124       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2020 03:33:58     Credit One Bank,
                PO Box 98873,   Las Vegas, NV 89193-8873
14223377        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:59
                LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14212131       +E-mail/PDF: pa_dc_claims@navient.com Jan 30 2020 03:34:15     Navient,   Attn: Bankruptcy,
                Po Box 9000,   Wiles-Barr, PA 18773-9000
14236654        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jan 30 2020 03:27:05
                Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,   GLHEC and Affiliates,
                PO BOX 8961,   Madison, WI 53708-8961
14212132       +E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 30 2020 03:27:45     Navy FCU,
                Attn: Bankruptcy,   Po Box 3000,   Merrifield, VA 22119-3000
14212139        E-mail/Text: clientservices@sourcerm.com Jan 30 2020 03:27:41     Source RM,
                4615 Dundas Drive,   Suite 102,   Greensboro, NC 27407
14238132        E-mail/Text: appebnmailbox@sprint.com Jan 30 2020 03:27:23     Sprint Corp,
                Attention Bankruptcy,   PO Box 7949,   Overland Park, KS 66207-0949
14212138       +E-mail/Text: clientservices@sourcerm.com Jan 30 2020 03:27:41     Source Receivables Mgmy, Llc,
                Attn: Bankruptcy Dept,   Po Box 4068,   Greensboro, NC 27404-4068
14213076       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:33:54     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTAL: 16


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14212129        Metropolitan Police Dept.
14212130        Metropolitan Police Dept.
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14212121*      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14212135*      +Professional Account Management LLC,   PO Box 1153,   Milwaukee, WI 53201-1153
14212136*      +Professional Account Management LLC,   PO Box 1153,   Milwaukee, WI 53201-1153
                                                                          TOTALS: 2, * 4, ## 0
```

```
District/off: 0313-2          User: Randi          Page 2 of 2          Date Rcvd: Jan 29, 2020
                             Form ID: pdf900       Total Noticed: 33
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor James L. Edmonds brad@sadeklaw.com,  bradsadek@gmail.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pa-bk@logs.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Pacific Union Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   Chapter 13
JAMES L EDMONDS


        Debtor                Bankruptcy No. 18-16795-ELF


# <u>O R D E R</u>


AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


Date:  January 29, 2020                    _____
                                            Eric L. Frank
                                            Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
JAMES L EDMONDS

1600 ASHBOURNE ROAD

ELKINS PARK, PA 19027